■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD E. KLIEGERMAN, on Behalf of DANI NARIZZANO, Petitioner, v JEANINE F. PIRRO et al., Respondents. [762 NYS2d 511] —Writ of habeas corpus in the nature of an application for bail reduction upon Westchester County Indictment No. 03-0835.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Westchester County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger,* 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson,* 48 NY2d 230 [1979]) Ritter, J.P., Santucci, Adams and Mastro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALVA-TORE J. MARINELLO, on Behalf of KRISTIAN G., Appellant, v DIRECTOR, ST. MARY'S CHILDREN AND FAMILY SERVICES, et al., Respondents. [762 NYS2d 509] —In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Nassau County (Wexner, J.), entered October 16, 2002, which denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

Contrary to the petitioner's contention, Kristian G.'s placement in a secure juvenile facility for a reduced period of eight months reflected the time he spent in the St. Mary's Home awaiting a disposition by the Family Court.

The petitioner's remaining contentions are without merit.

Accordingly, the petition was properly dismissed. Florio, J.P., S. Miller, Crane and Rivera, JJ., concur.